**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bryan Andre ROAN, Defendant– Appellant.**

No. 06–12711

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 28, 2006.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

Maurice C. Grant, II, Jacksonville, FL, for Defendant–Appellant.

Before BLACK, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Maurice C. Grant, II, counsel for Bryan Andre Roan in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Roan's conviction and sentence are **AFFIRMED.**